UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME JULIUS BROWN SR.,<br><br>                Plaintiff,<br><br>    v.<br><br>DEBORAH A. ROBINSON, *et al.*,<br><br>                Defendants. | Case No. C19-1865-RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiff's application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. #1.) Because Plaintiff does not appear able to be able to pay the requisite filing fee, his application to proceed IFP is hereby GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk is directed to send copies of this Order to the Plaintiff and to the Honorable Richard A. Jones.

Dated this 26th day of November, 2019.

*/s/ Michelle L. Peterson*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1